IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Michael Johnson, *et al.*, | ) | C/A No. 1:10-2557-MBS-PJG |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Taylor Bean Whitaker Mortgage Corporation; MERS; John Doe; Jane Doe, | ) | |
| Defendants. | ) | |

The plaintiff, Michael Johnson ("Johnson"), who is self-represented, filed this action in which he appears to challenge the foreclosure of his home. On October 1, 2010, Johnson filed an "Emergency Motion for Temporary Restraining Order and Preliminary Injunction." (ECF No. 2.) The assigned magistrate judge issued a Report and Recommendation in which she recommended that Johnson's motion be denied to the extent it sought an ex parte temporary restraining order. In an Order filed October 14, 2010, the Honorable Margaret B. Seymour Johnson adopted the Report and Recommendation and recommitted the matter to the assigned magistrate judge for a hearing on the plaintiff's motion for a preliminary injunction as soon as possible before the next scheduled public auction in Aiken County..

Accordingly, the parties are hereby notified that a hearing on the plaintiff's motion for a preliminary injunction (ECF No. 2) is scheduled for **Wednesday, October 27, 2010 at 11:00 a.m.** in Courtroom #7 of the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina before the assigned magistrate judge.

**TO THE PLAINTIFF:**

Service of process upon all parties must be completed in accordance with the Federal Rules of Civil Procedure in order for the preliminary injunction motion to be heard on this date. Additionally, the plaintiff must serve all defendants with a copy of his motion for preliminary injunction and a copy of this Order. If proof of service on all defendants is not filed with the court prior to the scheduled hearing, the hearing on the motion for a preliminary injunction will not go forward at that time and may not be rescheduled before the next public auction in Aiken County.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 14, 2010
Columbia, South Carolina