IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Michael Johnson, *et al.*, | ) | C/A No. 1:10-2557-MBS-PJG |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Taylor Bean Whitaker Mortgage Corporation; MERS; John Doe; Jane Doe, | ) | |
| Defendants. | ) | |

The plaintiff, Michael Johnson ("Johnson"), who is self-represented, filed this action in which he appears to challenge the foreclosure of his home. Defendant Taylor Bean Whitaker Morgage Corporation filed a motion for summary judgment on October 26, 2010, pursuant to the Federal Rules of Civil Procedure. (ECF No. 23.) As the plaintiff is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on October 27, 2010, advising the plaintiff of the importance of a motion for summary judgment and of the need for him to file an adequate response. (ECF No. 25.) The plaintiff was specifically advised that if he failed to respond adequately, the defendant's motion may be granted, thereby ending Johnson's claims against the defendant.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, the plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon his claims against this defendant.

PJG

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this case and to file a response to the defendant's motion for summary judgment within fourteen (14) days from the date of this order. Plaintiff is further advised that if he fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.** See <u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 7, 2010
Columbia, South Carolina